

# NISSENBAUM LAW GROUP, LLC
## ATTORNEYS AT LAW
GDNLAW.COM

2400 MORRIS AVENUE, SUITE 301
UNION, NEW JERSEY 07083

P. 908.686.8000
F. 908.686.8550



1997  2022
ANNIVERSARY

GARY D. NISSENBAUM, ESQ. ○
LAURA J. MAGEDOFF, ESQ. ☐

STEVEN L. PROCACCINI, ESQ. •
NEELAM SINGH, ESQ. ∆
RYAN N. FERNANDEZ, ESQ. ◇
ANTHONY C. GUNST IV, ESQ. ∆

AARON J. KESSELMAN, ESQ. ◊
MATTHEWS A. FLOREZ, ESQ. ∆
SUDHIT RAGHUPATHI, LAW CLERK

SENIOR PARALEGALS
  CAROLE ZEMPEL
  RAQUEL DUNN
  KAITLYN KETTERMAN
PARALEGALS
  MARDELIS CAMPOS
  AMANDA MILLER
  NIKKI M. SCHULDT

140 BROADWAY, 46TH FLOOR
NEW YORK, NEW YORK 10005
212.871.5711

100 CRESCENT COURT, 7TH FLOOR
DALLAS, TEXAS 75201
214.222.0020

1650 MARKET STREET, STE 3600
PHILADELPHIA, PENNSYLVANIA 19103
215.523.9350

○  Admitted in NJ, NY, PA, TX & DC
☐  Admitted in NJ, NY, PA & TX
•  Admitted in NJ, NY & PA
◇  Admitted in NJ, NY & TX
◊  Admitted in NJ, FL & CO
∆  Admitted in NJ & NY

MEETINGS BY APPOINTMENT ONLY

January 6, 2023

**VIA FEDERAL EXPRESS**
Honorable Judge John G. Koeltl, U.S.D.J.
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*[Handwritten: The Conference scheduled for 1/23/23 is canceled. So Ordered. /s/ JG Koeltl 1/9/23 U.S.D.J.]*

Re:   **Scott Cawthon v. Ngan Thi Phuong Nguyen**
      **1:22-cv-07398-JGK**

Dear Judge Koeltl:

Our office represents plaintiff Scott Cawthon (**"Plaintiff"**) in the above-captioned matter. We write to respectfully request an adjournment of the initial conference scheduled on January 23, 2023 because the defendant has not yet appeared in this matter and our firm is in the process of filing a motion for substitute service pursuant to FRCP 4(f).

We thank the court for its attention to this matter.

Respectfully submitted,

**NISSENBAUM LAW GROUP, LLC**

BY:  */s/Steven L. Procaccini*
         Steven L. Procaccini