UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————

SCOTT CAWTHON,

                        Plaintiff,                 22-cv-7398 (JGK)

            - against -                            ORDER

 NGAN THI PHUONG NGUYEN,

                        Defendant.
————————————————————————————————

JOHN G. KOELTL, District Judge:

    On May 23, 2023, this Court entered an Order to Show Cause
for a default judgment against the defendant, directing the
defendant to respond to the Order to Show Cause by June 9, 2023.
ECF No. 21. The Order to Show Cause was served on the defendant on
May 26, 2023. ECF No. 22. The defendant has not responded to the
Order to Show Cause. Accordingly, the plaintiff is entitled to a
default judgment against the defendant. The case is referred to
the Magistrate Judge for an inquest on damages.

SO ORDERED.

Dated:    New York, New York
          June 16, 2023

                            _____/s/ John G. Koeltl_____
                                  John G. Koeltl
                            United States District Judge