**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SCOTT CAWTHON,

                      Plaintiff,                           22 **CIVIL** 7398 (AS)

        -against-                         **DEFAULT JUDGMENT**

NGAN THI PHUONG NGUYEN,

                      Defendant.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 10, 2024, despite the waiver, the Court has reviewed the petition and the Report and Recommendation, unguided by objections, and finds the Report and Recommendation to be well reasoned and grounded in fact and law. The Report and Recommendation is ADOPTED in its entirety. Default judgment is entered against Nguyen awarding Cawthon: a. $15,000.00 in statutory damages; b. Post-judgment interest pursuant to 28 U.S.C. § 1961; c. $7,330.50 in attorneys' fees; and d. Costs in the amount of $402.00. Cawthon's requests for prejudgment interest and injunctive relief be DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

     April 10, 2024

                                                        **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                      **BY:**        *K. Mango*

                                                         **Deputy Clerk**